UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONTINENTAL CASUALTY COMPANY,

    Plaintiff,

vs                                                    Case No: 09-11598
                                                         Honorable Victoria A. Roberts

MICHIGAN CATASTROPHIC CLAIMS
ASSOCIATION,

    Defendant.
_____/

## PARTIAL JUDGMENT

Consistent with the Court's Order of June 12, 2012, **PARTIAL JUDGMENT** enters for Plaintiff Continental Casualty Company ("Continental"). The Court **DECLARES** that M.C.L. § 500.3104 *et seq.* and the Michigan Catastrophic Claims Association's ("MCCA") Plan of Operation require the MCCA to accept Continental's late-tendered premium payments for the Avis Policy.

                                                    S/Victoria A. Roberts
                                                    Victoria A. Roberts
                                                    United States District Judge

Dated: June 12, 2012

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 12, 2012.<br><br>S/Linda Vertriest<br>Deputy Clerk |